In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-448 CR


____________________



EARL RAYMOND MARS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 05-09-08103 CR






MEMORANDUM OPINION


 Earl Raymond Mars was convicted and sentenced on an indictment for arson. Mars
filed a notice of appeal on July 14, 2006. The trial court entered a certification of the
defendant's right to appeal in which the court certified that this is a plea-bargain case and the
defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.


 On October 24, 2006, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification. 

 Because a certification that shows the defendant has the right of appeal has not been
made part of the record, the appeal must be dismissed. See Tex. R. App. P. 25.2(d).
Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered December 6, 2006

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.